STATE v. SMITH

No. 124A81-2

Case below: Superior Court Halifax Co.

305 N.C. 691

Petition by defendant for temporary stay of superior court order denied 19 January 1995. Petition by defendant for writ of supersedeas denied 19 January 1995. Petition by defendant for writ of certiorari to review the order of Superior Court, Halifax County denied 19 January 1995.

STATE v. STYLES

No. 518P94

Case below: 116 N.C.App 479

338 N.C. 313

Petition by Attorney General for writ of supersedeas denied and stay dissolved 9 February 1995. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 9 February 1995.

STATE v. WILLIAMS

No. 264A90-3

Case below: 339 N.C. 1

Motion by defendant for stay of execution denied 31 January 1995.

STATE v. WILSON

No. 282A93-2

Case below: 338 N.C. 244

Petition by defendant for writ of certiorari to review the decision of the Supreme Court denied 5 January 1995. Petition by defendant for stay of the Supreme Court decision denied 5 January 1995.

STATE v. YOUNG

No. 15P95

Case below: 117 N.C.App. 306

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 February 1995.